MORRIS J. GREENE, on Behalf of Himself and Others, Appellant, *v.* NEW YORK UNITED HOTELS, INC., Respondent, Impleaded with Another.

(Argued April 10, 1933; decided April 25, 1933.)

*Samuel Hoffman* for appellant.

*Hiram C. Todd* and *Clifton Cooper* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.